UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
FILED
NOV 20 2026
AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.** **INDICTMENT NO.** 6:26-CR-135-CHB-HAI
**18 U.S.C. § 2252(a)(4)(B)**

**CURTIS SPEARS**

* * * * *

**THE GRAND JURY CHARGES:**

On or about October 26, 2026, in Laurel County, in the Eastern District of Kentucky,

**CURTIS SPEARS**

did knowingly possess one or more matters, that is, electronic storage media, which contained visual depictions that had been shipped and transported using any means and facility of interstate and foreign commerce and in or affecting interstate commerce, and which were produced using materials that had been mailed, shipped, and transported by any means, including by computer, the production of which involved the use of a prepubescent minor or a minor who had not attained 12 years of age engaged in sexually explicit conduct, and which visual depictions were of such conduct, in violation of 18 U.S.C. § 2252(a)(4)(B).

**FORFEITURE ALLEGATION**
**18 U.S.C. § 2253**

1. By virtue of the commission of the offenses alleged in this Indictment, **CURTIS SPEARS** shall forfeit to the United States any and all interest that he has in any

visual depiction, or matter containing such visual depiction, that was produced, transported, mailed, shipped, or received as part of the violation of 18 U.S.C. § 2252; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the violation(s) of 18 U.S.C. § 2252; and any property, real or personal, used or intending to be used in the commission or promotion of the violation of 18 U.S.C. § 2252 or traceable to such property. Any and all interest that **CURTIS SPEARS** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 2253.

2. The property to be forfeited includes, but is not limited to, the following:

**ELECTRONIC EQUIPMENT:**

a. One iPhone 18 seized from Curtis Spears;

b. All software and peripherals which are contained on or associated with the listed electronic equipment.

A [redacted]

FOREPERSON

**JASON D. PARMAN**
**UNITED STATES ATTORNEY**

/fr

**JUSTIN E. BLANKENSHIP**
**ASSISTANT UNITED STATES ATTORNEY**

# PENALTIES

Not more than 20 years imprisonment, not more than a $250,000 fine, and supervised release for not less than 5 years nor more than life.

**PLUS:** Mandatory special assessment of $100 per count.

Additional mandatory special assessment of $5,000 per count, pursuant to 18 U.S.C. § 3014, for non-indigent Defendants convicted of certain offenses, including those in chapter 110.

Pursuant to 18 U.S.C. §2259A, per count of no more than:

(1) $17,000.00 if convicted of 18 U.S.C. §2252(a)(4) or §2252A(a)(5);

(2) $35,000.00 if convicted of any other trafficking in child pornography offense as defined by §2259(c)(3), which includes offenses under 18 U.S.C. §§2251(d), 2252(a)(1) through (3), 2252A(a)(1) through (4), 2252A(g) (in cases in which the series of felony violations exclusively involves violations of sections 2251(d), 2252, 2252A(a)(1) through (5), or 2260(b)), or 2260(b);

(3) $50,000.00 if convicted of child pornography production as defined by 18 U.S.C. §2259(c)(1), which includes offenses under 18 U.S.C. §2251(a) through (c), 2251A, 2252A(g) (in cases in which the series of felony violations involves at least 1 of the violations listed in this subsection), 2260(a) or any offense under chapter 109A or chapter 117 that involved the production of child pornography (as such term is defined in section 2256).

**PLUS:** Restitution, if applicable. Mandatory restitution under 18 U.S.C. § 2259 that, for any conviction of an offense described in paragraphs (E)(1) or (2), is not less than $3,000.00 per victim.